UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAWN WHIDBEE,

     Plaintiff,

– against –

UNITED STATES OF AMERICA,

     Defendant.

**ORDER**

22-cv-08752 (ER)

Ramos, D.J.:

  Whidbee filed a motion to vacate count two of his criminal conviction, charging him with possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c), pursuant to 28 U.S.C. § 2255 on October 13, 2022. The instant civil case was opened with docket number 22-cv-08752.

  In a January 16, 2023 letter to the Court, the Government agreed that Whidbee's conviction on count two should be vacated. The Court therefore granted the motion for vacatur on February 9, 2023.

  The Court entered an amended judgment in the underlying criminal case, *USA v. Whidbee*, 19-cr-00673 (ER), on July 26, 2023, and the criminal case was closed thereafter. Because the motion has been fully adjudicated, the Clerk of the Court is directed to close case 22-cv-08752.

It is SO ORDERED.

Dated: October 8, 2025
    New York, New York

                 Edgardo Ramos, U.S.D.J.